UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL SCHWARTZ, *Plaintiff*, v. HOMEFIX CUSTOM REMODELING CORP. *Defendant*. | Case No. 1:23-cv-375 Judge Jeffery P. Hopkins |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Report and Recommendation issued by Magistrate Judge Stephanie K. Bowman on September 12, 2023 (Doc. 17), which recommends that Plaintiff's Application for Entry of Default Against Defendant (Doc. 8) be **DENIED**. The Court has reviewed the Report and Recommendation as well as the entire record before it.

Because no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court reviews the Report and Recommendation for clear error. *See* Fed.R.Civ.P. 72(b) advisory committee notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Redmon v. Noel*, No. 1:21-CV-445, 2021 WL 4771259, at *1 (S.D. Ohio Oct. 13, 2021) (collecting cases).

The Court has reviewed the Report and Recommendation and determined that it does not contain clear error. Therefore, the Court **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED** that

1. Plaintiff's Application for Entry of Default against Defendant (Doc. 8) be **DENIED.**

**IT IS SO ORDERED.**

Dated:  March 18, 2024

Hon. Jeffery P. Hopkins
United States District Judge