UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL SCHWARTZ, | : |
| *Plaintiff*, | : Case No. 1:23-cv-375 |
| vs. | : Judge Jeffery P. Hopkins |
| HOMEFIX CUSTOM REMODELING CORP., | : |
| *Defendant*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court the Report and Recommendation (Doc. 22) issued by Magistrate Judge Stephanie K. Bowman on November 14, 2023. The Magistrate Judge recommends that Defendant's motion for enforcement of the settlement agreement (Doc. 14) be granted, and that Defendant be awarded reasonable attorney fees. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Defendant's motion for enforcement of the settlement agreement (Doc. 14) is **GRANTED**. Defendant is **ORDERED** to submit an affidavit within 21 days of the date of this Order that sets forth the amount of attorney fees requested. Defendant shall also provide

all supporting documentation relating to the amount of attorney fees sought. The Court expects the parties will file a stipulation of dismissal as contemplated by their agreement.

  **IT IS SO ORDERED.**

<u>September 26, 2024</u>

                Jeffery P. Hopkins
                United States District Judge